IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 19-cv-00775-PAB

NATALIE HILTON,

    Plaintiff,

v.

AT&T CUSTOMER SERVICES, INC.,
CESAR RAMIREZ,
MELISSA YSLAS, and
KIMBERLY ZAERR a/k/a KIMBERLY HAWKINS,

    Defendants.

---

# ORDER OF ADMINISTRATIVE CLOSURE

---

This matter is before the Court on plaintiff's Unopposed Motion for Administrative Closure [Docket No. 11].

Plaintiff requests that the Court administratively close this case pending arbitration of her claims. Docket No. 11 at 1-2, ¶¶ 3-4. Plaintiff states that she has conferred with defense counsel and that defendants do not oppose administrative closure. *Id.* at 1, ¶ 1.

Having reviewed the matter and being fully advised in the premises, the Court finds that the case should be administratively closed subject to reopening for good cause shown pursuant to D.C.COLO.LCivR 41.2. Wherefore, it is

**ORDERED** that plaintiff's Unopposed Motion for Administrative Closure [Docket No. 11] is **GRANTED**. It is further

**ORDERED** that this case is administratively closed pursuant to D.C.COLO.LCivR

41.2, subject to being reopened by any party for good cause shown. It is further

**ORDERED** that, not later than twenty days after completion of the arbitration proceeding, the parties shall file a status report advising the Court whether they believe the case should be reopened for any further proceedings in this Court or whether the case may be dismissed.

DATED May 15, 2019.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
Chief United States District Judge